IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY QUINN, | No. 2:11-cv-3106-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ELWOOD LEVAN, JR., | |
| Defendant. | |
| _____/ | |

Plaintiff, proceeding in this action with retained counsel, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 21, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Plaintiff filed timely objections to the findings and recommendations, noting a typographical error in the property description.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2013, are adopted in full;

2. Plaintiff shall be allowed unfettered access to the property known as the Jessie Martin public domain allotment. This property is approximately 41.72 acres located in the NE 1/4 of the NE 1/4 of Section 2, Township 38 N, Range 8 E, M.D.M. (identified by Bureau of Indian Affairs Tract ID 50E-SU-385; APN 003-060-07); and

3. Defendant is ordered not to obstruct plaintiff from entering this property, nor from allowing inspections and experts to investigate the current condition of the land.

Date: August 05, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT